**THE BIEGLER LAW FIRM**
Robert P. Biegler (CA Bar Assn. No. 88506)
725 University Ave.
Sacramento, CA 95825
Telephone:    (916) 927-3971
Facsimile:    (916) 927-7869

Attorneys for Plaintiffs
Clarklift West,

**SELMAN BREITMAN LLP**
Joel A. Morgan (SBN 262937)
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    (415) 979-0400
Facsimile:    (415) 979-2099

Attorneys for Defendants
Sentry Select Insurance Co.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARKLIFT WEST dba TEAM POWER FORKLIFT,<br><br>  Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, CRAIG DIBLASI, and DOES 1-5, inclusive,<br><br>  Defendants. | Case No. 2:13-CV-00815-WBS-EFB<br><br>**STIPULATION AND ORDER THEREON** |

The parties, by and through their respective attorneys, hereby stipulate and request, that due to a faculty emergency which has created conflicts with Mr. Biegler's schedule at Sacramento State University, the Motion to Dismiss, currently schedule for June 3, 2013 at 2:00 p.m., be continued to July 1, 2013.

///

///

Dated: May 13, 2013                              THE BIEGLER LAW FIRM

                                                 By: /s/ Robert P. Biegler
                                                 _____

                                                     Robert P. Biegler
                                                     Attorney for Plaintiffs

                                                 SELMAN BREITMAN LLP


                                                 By : /s/ Joel A. Morgan
                                                 _____

                                                     Joel A. Morgan
                                                     Attorneys for Defendant

**ORDER**

GOOD CAUSE SHOWING, Defendant's Motion to Dismiss shall be heard on July 1, 2013 at 2:00 p.m.

Dated:   May 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE