1
**THE BIEGLER LAW FIRM**
Robert P. Biegler (CA Bar Assn. No. 88506)
2
725 University Ave.
Sacramento, CA 95825
3
Telephone:     (916) 927-3971
Facsimile:     (916) 927-7869
4

Attorneys for Plaintiffs
5
         Clarklift West,

6
**SELMAN BREITMAN LLP**
Joel A. Morgan (SBN 262937)
7
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
8
Telephone:     (415) 979-0400
Facsimile:     (415) 979-2099
9

Attorneys for Defendants
10
         Sentry Select Insurance Co.

11
                    **UNITED STATES DISTRICT COURT**
12
                  **EASTERN DISTRICT OF CALIFORNIA**
13

14
CLARKLIFT WEST dba TEAM POWER          )     Case No. 2:13-CV-00815-WBS-EFB
15
FORKLIFT                               )
                                       )
16
         Plaintiff,                    )     **STIPULATION AND ORDER**
                                       )     **THEREON**
17
v.                                     )
                                       )
18
SENTRY INSURANCE COMPANY,              )
CRAIG DIBLASI, and DOES 1-5,           )
19
inclusive,                             )
                                       )
20
         Defendants.                   )
_____)
21

22       The parties, by and through their respective attorneys, hereby stipulate and request, that due

23  to a faculty emergency which has created conflicts with Mr. Biegler's schedule at Sacramento State

24  University, the Motion to Dismiss, currently schedule for June 3, 2013 at 2:00 p.m., be continued

25  to July 1, 2013.

26  ///

27  ///

Dated: May 13, 2013                           THE BIEGLER LAW FIRM

                                              By: /s/ Robert P. Biegler

                                                  Robert P. Biegler
                                                  Attorney for Plaintiffs

                                              SELMAN BREITMAN LLP


                                              By : /s/ Joel A. Morgan

                                                  Joel A. Morgan
                                                  Attorneys for Defendant




**ORDER**



        GOOD CAUSE SHOWING, Defendant's  Motion to Dismiss shall be heard on

July 1, 2013 at 2:00 p.m.


Dated:   May 13, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE