LINDA WENDELL HSU (SBN 162971)
MARK INBODY (SBN 180862)
JOEL A. MORGAN (SBN 262937)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
SENTRY SELECT INSURANCE COMPANY,
erroneously sued and served as SENTRY
INSURANCE COMPANY, and CRAIG
DIBLASI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CLARKLIFT WEST dba TEAM POWER FORKLIFT,<br><br>         Plaintiff,<br><br>     v.<br><br>SENTRY INSURANCE COMPANY, CRAIG DIBLASI, and DOES 1-5, inclusive,<br><br>         Defendants. | CASE NO. 2:13-CV-00815-WBS-EFB<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST FOR AN ORDER DROPPING SENTRY INSURANCE COMPANY AND ADDING SENTRY SELECT INSURANCE COMPANY**<br><br>**[Federal Rule of Civil Procedure 21]** |

After full consideration of the papers submitted in connection with this stipulated request, the file on this matter, the stipulation of counsel, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. Sentry Insurance Company is dropped from this action as a defendant and Sentry Select Insurance Company is added to this action as a defendant.

Dated: May 30, 2013

_William M. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Selman Breitman LLP
ATTORNEYS AT LAW

274042.1  138.34613